**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Charles Lamar SAULSBY, a.k.a.
Charles Jones, Defendant–
Appellant.**

**No. 06–15264
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 9, 2007.

Andrew Joseph Chmelir, Jacobson, McClean, Chmelir & Ferwerda, Winter Spgs, FL, for Defendant–Appellant.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before ANDERSON, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

Andrew J. Chmelir, counsel for Charles Lamar Saulsby, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Saulsby's convictions and sentences are **AF-FIRMED.**